UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LANGLEY,<br><br>  Plaintiff,<br><br>  v.<br><br>FRANK DOMEIER, et al.,<br><br>  Defendants. | No. 2:17-cv-0760 KJN P<br><br>ORDER |

Plaintiff is a prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.

On April 14, 2017, the undersigned found that plaintiff's complaint stated a potentially colorable claim against defendant Domeier. (ECF No. 3.) The undersigned found that plaintiff did not state potentially colorable claims against defendants Placer County Sheriff's Department and Placer County. (Id.) The claims against defendants Placer County Sheriff's Department and Placer County were dismissed with leave to amend. (Id.) Plaintiff was advised that he could either proceed with his potentially colorable claim against defendant Domeier or file an amended complaint. (Id.)

On April 26, 2017, plaintiff filed a motion to amend. (ECF No. 8.) In this document, plaintiff states that he intends to file an amended complaint. On April 26, 2017, plaintiff also filed a motion for a thirty days extension of time to file an amended complaint. (ECF No. 9.)

1

Good cause appearing, plaintiff's motion for a thirty days extension of time is granted.

On April 26, 2017, plaintiff filed a motion for appointment of an investigator. (ECF No. 10.) Plaintiff requests that an investigator be appointed to investigate his claims. Plaintiff's motion is denied as premature.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to amend (ECF No. 8) and motion for extension of time to file an amended complaint (ECF No. 9) are granted; plaintiff is granted thirty days from the date of this order to file an amended complaint;

2. Plaintiff's motion for appointment of an investigator (ECF No. 10) is denied.

Dated: May 4, 2017

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Lang760.eot