UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LANGLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANK DOMEIER, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-0760 GEB KJN P<br><br>ORDER |

　　　　Plaintiff is a prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On June 22, 2017, the order substituting counsel to represent plaintiff was filed. (ECF No. 19.) Because plaintiff is now represented by counsel, all pending motions filed by plaintiff in pro per are vacated.

　　　　On April 14, 2017, the court filed an order screening the original complaint. (ECF No. 5.) The court found that plaintiff stated a potentially colorable claim against defendant Domeier. (Id.) The court dismissed, with leave to amend, the claims against defendants Placer County Sheriff's Department and Placer County. (Id.) Plaintiff, proceeding pro per, informed that court that he intended to file an amended complaint but failed to do so. (ECF Nos. 8, 14). Plaintiff's counsel is directed to file a status report within thirty days informing the court whether he intends to file an amended complaint or proceed on the original complaint as to defendant Domeier. If counsel opts to file an amended complaint, the amended complaint shall be filed within that time

1

period.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to amend (ECF No. 14), motion to disclose information (ECF No. 15), motion for appointment of counsel and law library access (ECF No. 16), and motion for documents (ECF No. 17) are vacated;

2. Within thirty days of the date of this order, plaintiff shall file the status report discussed above; if plaintiff opts to file an amended complaint, the amended complaint shall be filed within that time period.

Dated: June 22, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Lang760.sta

kc