UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LANGLEY, | No. 2: 17-cv-0760 GEB KJN P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| FRANK DOMEIER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is proceeding in forma pauperis.

On June 23, 2017, through counsel, plaintiff filed an amended complaint. The amended complaint states a potentially cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Placer County, Sheriff Bell, Frank Domeier, McNamara.

2. The Clerk of the Court shall send plaintiff 4 USM-285 forms and one summons.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

1

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Four copies of the endorsed amended complaint filed July 23, 2017.

  4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

Dated: August 15, 2017

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Lang760.1

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| CHRISTOPHER LANGLEY, | No. 2: 17-cv-0760 GEB KJN P |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF SUBMISSION |
| FRANK DOMEIER, et al., | |
| Defendants. | |

Plaintiff submits the following documents in compliance with the court's order filed _____:

\_\_\_\_    completed summons form

\_\_\_\_    completed USM-285 forms

\_\_\_\_    copies of the _____
                        Complaint

DATED:

_____
                                                    Plaintiff

1