UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LANGLEY,<br><br>Plaintiff,<br><br>v.<br><br>FRANK DOMEIER, et al.,<br><br>Defendants. | No. 2:17-cv-0760 GEB KJN P<br><br><br><br>ORDER |

On November 20, 2017, the parties filed a stipulation to extend the time for defendants to file an amended answer by 17 days. (ECF No. 36.) Defendants filed their answer on October 31, 2017. (ECF No. 31.) Pursuant to Federal Rule of Civil Procedure 15, the amended answer was due 21 days later.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion for an extension of time (ECF No. 36) is granted;

2. Defendants' amended answer is due on or before December 7, 2017.

Dated: November 27, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Lang760.eot(a)

1