UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LANGLEY,<br><br>    Plaintiff,<br><br>      v.<br><br>FRANK DOMEIER, et al.,<br><br>    Defendants. | No. 2: 17-cv-0760 GEB KJN P |
| DEREK CONNER,<br><br>    Plaintiff,<br><br>      v.<br><br>PLACER COUNTY, et al.,<br><br>    Defendants. | No. 2: 17-cv-1830 TLN DB |
| CHRISTOPHER M. KERSHNER,<br><br>    Plaintiff,<br><br>      v.<br><br>PLACER COUNTY, et al.,<br><br>    Defendants. | No. 2: 17-cv-2312 MCE GGH |

1

| | |
|---|---|
| BRENDAN COLEMAN, | No. 2: 17-cv-1579 WBS CKD |
| Plaintiff, | |
| v. | |
| PLACER COUNTY, et al., | |
| Defendants. | |
| BEAU BANGERT, | No. 2: 17-cv-1667 MCE GGH |
| Plaintiff, | |
| v. | |
| PLACER COUNTY, et al., | ORDER |
| Defendants. | |

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a). The actions involve the same parties, are based on the same claims, the same questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is likely to be convenient for the parties.[1]

Accordingly, IT IS HEREBY ORDERED that the actions denominated No. 2: 17-cv-1830 TLN DB, No. 2: 17-cv-2312 MCE GGH, No. 2: 17-cv-1579 WBS CKD and No. 2: 17-cv-1667 MCE GGH are hereby reassigned to District Judge Garland E. Burrell and Magistrate Judge Kendall J. Newman for all further proceedings. Any dates currently set in the reassigned cases are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2: 17-cv-1830 GEB KJN, 2: 17-cv-2312 GEB KJN, 2: 17-cv-1579 GEB KJN and 2: 17-cv-1667 GEB KJN.

////

---

[1] In all cases, the parties were directed to inform the court whether they had any opposition to relating these cases. In all cases, the parties filed statements of non-opposition.

IT IS FURTHER ORDERED that:

1. The Clerk of the Court shall make appropriate adjustment in the assignment of cases to compensate for this reassignment;

2. The Clerk of the Court is directed to re-designate 17-1830, 17-2312, 17-1579 and 17-1667 as Prisoner Civil Rights cases;

3. Within thirty days of the date of this order, the parties shall file a joint status report;

4. The motion to stay filed in 17-cv-1667 (ECF No. 22) is vacated without prejudice to being re-noticed before Magistrate Judge Newman.

Dated: December 5, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge