UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LANGLEY,<br><br>  Plaintiff,<br><br>  v.<br><br>FRANK DOMEIER, et al.,<br><br>  Defendants. | 2:17-cv-0760 GEB KJN P |
| CHRISTOPHER M. KERSHNER,<br><br>  Plaintiff,<br><br>  v.<br><br>PLACER COUNTY, et al.,<br><br>  Defendants. | No. 2:17-cv-2312 GEB KJN P |
| BRENDAN COLEMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>PLACER COUNTY, et al.,<br><br>  Defendants. | No. 2:17-cv-1579 GEB KJN P |

| | |
|---|---|
| BEAU BANGERT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PLACER COUNTY, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-1667 GEB KJN P<br><br><br><br>ORDER |

The above-entitled actions are set for a settlement conference before the undersigned on May 15, 2018, and May 16, 2018.

IT IS HEREBY ORDERED that within fourteen days of the date of this order, counsel representing plaintiffs in the above-entitled actions shall inform the court whether the individual plaintiffs they represent will attend the settlement conference; counsel shall also inform the court whether the individual plaintiffs attending the conference are incarcerated and, if so, provide information regarding where they are incarcerated so that the court may issue writs of ad testificandum for their attendance.

Dated: March 12, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Kendall J. Newman
　　　　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Lang760.wrt