UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER LANGLEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FRANK DOMEIER, et al.,<br><br>　　　　Defendants. | Case No. 2:17-cv-0760-GEB-KJN<br><br>**STIPULATED PROTECTIVE ORDER** |
| CHRISTOPHER M. KERSHNER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PLACER COUNTY, et al.,<br><br>　　　　Defendants. | Case No. 2:17-cv-2312-GEB-KJN |
| BRENDAN COLEMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PLACER COUNTY, et al.,<br><br>　　　　Defendants. | Case No. 2:17-cv-1579-GEB-KJN |

|   | Case No. 2:17-cv-01667-GEB-KJN |
|---|---|
| BEAU BANGERT, | |
| Plaintiff, | |
| vs. | |
| COUNTY OF PLACER, et al., | |
| Defendants. | |

On March 12, 2018, the parties submitted a proposed stipulation and protective order. (ECF No. 49.)

Pursuant to stipulation, IT IS HEREBY ORDERED that the parties shall abide by the terms of the stipulated protective order filed March 12, 2018.

Dated: March 26, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

**STIPULATED PROTECTIVE ORDER**

**STIPULATED PROTECTIVE ORDER**