UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LANGLEY, | No. 2: 17-cv-0760 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| FRANK DOMEIER, et al., | |
| Defendants. | |

Plaintiff, proceeding through counsel, has filed an unopposed request for voluntary dismissal of defendants Bell, Domeier and McNamera. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that defendants Bell, Domeier and McNamera are dismissed.

Dated: October 11, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Lang760.59

1