UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LANGLEY,<br><br>Plaintiff,<br><br>v.<br><br>FRANK DOMEIER, et al.,<br><br>Defendants. | No. 2:17-cv-0760 TLN KJN P<br><br><br><br>ORDER |

Plaintiff, proceeding through counsel, has filed an unopposed request for voluntary dismissal of this entire action and all remaining defendants. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that this action, and all remaining defendants, are dismissed with prejudice, with the parties to bear their own attorneys' fees and costs.

Dated: November 15, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Lang760.dis

1